IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )      3:13cr288-MHT
DELFINO PEREZ-GOMEZ         )          (WO)
```

OPINION AND ORDER

This case is before the court on defendant Delfino

Perez-Gomez's motion to continue.  The government does

not oppose the request.  For the reasons set forth below,

the court finds that jury selection and trial, now set

for December 16, 2013, should be continued pursuant to 18

U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the

sound discretion of the trial judge, United States v.

Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court

is limited by the requirements of the Speedy Trial Act,

18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an information or
> indictment with the commission of an

> offense shall commence within seventy
> days from the filing date (and making
> public) of the information or
> indictment, or from the date the
> defendant has appeared before a judicial
> officer of the court in which such
> charge is pending, whichever date last
> occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A).  In granting a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance.  § 3161(h)(7)(B)(ii).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and defendant Perez-Gomez in a speedy trial. Perez-Gomez is charged with illegal reentry

into the United States following a removal by immigration
enforcement authorities.  In order to prepare the case,
he is seeking records from his previous removal
proceedings.  Although he promptly sent a request to
Immigration and Customs Enforcement to seek his file,
there has been no response and it is not clear when a
response will be received.  In order to give Perez-Gomez
time to receive the records from his original removal
proceedings and his counsel time to review those records,
a continuance in this matter is appropriate.

                              ***

    Accordingly, it is ORDERED as follows:

    (1) The motion to continue filed by defendant
        Delfino Perez-Gomez (doc. no. 20) is granted.

    (2) The jury selection and trial for defendant
        Perez-Gomez, now set for December 16, 2013, are
        reset for April 14, 2014, at 10:00 a.m., at the

                              3

G.W. Andrews Federal Building & United States Courthouse, 701 Avenue A, Opelika, Alabama.

DONE, this the 27th day of November, 2013.

____/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE