IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr288-MHT |
| | ) | (WO) |
| **DELFINO PEREZ-GOMEZ** | ) | |

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Delfino Perez-Gomez's objections (doc. no. 53) are overruled.

(2) The magistrate judge's recommendation (doc. no. 35) is adopted.

(3) Defendant Perez-Gomez's motion to dismiss (doc. no. 27) is denied.

(4) The period for defendant Perez-Gomez to enter a plea is extended to November 25, 2014.

A full opinion will follow on Monday, November 24, 2014.

DONE, this the 21st day of November, 2014.

                                                /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**